

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARIO GURROLA, | § | No. 08-18-00077-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 65th District Court |
| | § | |
| DANILA JIMENEZ, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2016-DCM-6337) |
| | § | |

**MEMORANDUM OPINION**

Appellant, Mario Gurrola, filed a motion to dismiss his appeal because he no longer wishes

to pursue the appeal. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal.

Costs of the appeal are taxed against Appellant. TEX.R.APP.P. 42.1(d).


GINA M. PALAFOX, Justice

June 6, 2018

Before McClure, C.J., Rodriguez, and Palafox, JJ.